Case 3:19-cv-07148-WHO   Document 6   Filed 10/30/19   Page 2 of 2
Case 3:19-cv-07148-WHO   Document 7   Filed 11/19/19   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-07148-WHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JUUL Labs, Inc., a Delaware Corporation
was received by me on *(date)*  11/6/2019  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Albert Demonte, CT Corporation System  , who is designated by law to accept service of process on behalf of *(name of organization)*
JUUL Labs, Inc., a Delaware Corporation  on *(date)*  11/6/2019  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $  0.00  for travel and $  40.00  for services, for a total of $  40.00  .

I declare under penalty of perjury that this information is true.

Date:  11/19/2019

*Server's signature*

Jimmy Lizama, Registered Process Server
*Printed name and title*

1400 N. McDowell Blvd., Ste. 300, Petaluma, CA, 94954
*Server's address*

Additional information regarding attempted service, etc: