UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH BREJA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUUL LABS, INC.,<br><br>        Defendant. | Case No.  3:19-cv-07148-WHO<br><br>**ORDER GRANTING MOTION TO STAY PENDING ARBITRATION**<br><br>Re: Dkt. No. 8 |

On November 27, 2019, defendant JUUL Labs, Inc. filed a motion to compel arbitration and stay these proceedings, arguing that plaintiff Siddharth Breja signed a valid and enforceable arbitration agreement.  Dkt. No. 11.  On December 12, 2019, I granted a motion to withdraw filed by counsel for Breja and, pursuant to the parties' stipulation, gave him additional time to respond to JUUL's motion.  Dkt. No. 16.

On February 28, 2020, new counsel for Breja filed a statement of non-opposition to the motion to compel arbitration.  Dkt. No. 21.  Accordingly, the motion is GRANTED and this case is STAYED pending arbitration.  The parties shall file a joint status report every six months and shall file a notice within two weeks of the completion of arbitration.

**IT IS SO ORDERED.**

Dated: March 3, 2020

William H. Orrick
United States District Judge