EDWARD D. CHAPIN, SBN 53287
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619-577-4253
Email: echapin@sanfordheisler.com

NICOLE E. WIITALA (admitted *pro hac vice*)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: 646-402-5650
Email: nwiitala@sanfordheisler.com

Attorneys for Plaintiff
SIDDHARTH BREJA

BRIAN L. JOHNSRUD, SBN 184474
PATRICK M. SHERMAN, SBN 229959
DANIEL E. LASSEN, SBN 271446
CURLEY, HURTGEN & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone:   650.600.5300
Facsimile:    650.323.1002
E-mail: bjohnsrud@chjllp.com
           psherman@chjllp.com
           dlassen@chjllp.com

Attorneys for Defendant
JUUL LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH BREJA, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>JUUL LABS, INC., a Delaware Corporation,<br><br>              Defendant. | Case No. 3:19-cv-07148-WHO<br><br>**JOINT STATUS REPORT RE STATUS OF ARBITRATION**<br><br>**Next Joint Status Report: March 3, 2021** |

1  Pursuant to the Court's Order at Docket Entry No. 25, Plaintiff Siddharth Breja ("Plaintiff") and Defendant Juul Labs, Inc. ("Defendant" or "JLI") (collectively, the "Parties"), through their undersigned counsel, hereby submit the following joint report on the status of arbitration.

The Parties jointly report that on June 18, 2020, Plaintiff filed a Demand for Arbitration with JAMS asserting claims against Defendant and Altria Group, Inc. ("Altria"). On July 8, 2020, JLI filed its Response to Plaintiff's Demand for Arbitration.

Altria claimed that it could not be required to arbitrate Plaintiff's claims and submitted an objection (which Plaintiff did not oppose) to JAMS jurisdiction. On July 30, 2020, JAMS confirmed that the arbitration would proceed without Altria. Plaintiff has indicated that he intends to assert claims against Altria through litigation.

On August 13, 2020, JAMS appointed the Honorable Patrick J. Mahoney (Ret.) to oversee the arbitration of Plaintiff's claims against JLI. The initial arbitration case management conference is scheduled for September 22, 2020.

In the state court action (*Juul Labs, Inc. v. Siddharth Breja* (Case No. CPF-19-516779)) the Parties filed a Joint Stipulation [And Proposed Order] to Dismiss Action on April 10, 2020.

Pursuant to the Court's Order at Docket Entry No. 25, the Parties will submit another status report in six months and will file a notice within two weeks of the completion of arbitration.

Dated: September 3, 2020                    SANFORD HEISLER SHARP, LLP

By /s/ Edward D. Chapin
EDWARD D. CHAPIN
NICOLE E. WIITALA
Attorneys for Plaintiff
SIDDHARTH BREJA

Dated: September 3, 2020                    CURLEY, HURTGEN & JOHNSRUD LLP

By _____
BRIAN L. JOHNSRUD
Attorneys for Defendant
JUUL LABS, INC.

### **ATTESTATION OF E-FILED SIGNATURE**

Pursuant to L.R. 5-1(i)(3), I, Brian Johnsrud, attest that the above signatories have read and approved the foregoing and consent to its filing in this action.

Dated: September 3, 2020                    By: _____
Brian Johnsrud