1  EDWARD D. CHAPIN, SBN 53287
   SANFORD HEISLER SHARP, LLP
2  655 West Broadway, Suite 1700
   San Diego, CA 92101
3  Telephone: 619-577-4253
   Email: echapin@sanfordheisler.com
4
   NICOLE E. WIITALA (admitted *pro hac vice*)
5  SANFORD HEISLER SHARP, LLP
   1350 Avenue of the Americas, 31st Floor
6  New York, NY 10019
   Telephone: 646-402-5650
7  Email: nwiitala@sanfordheisler.com

8  Attorneys for Plaintiff
   SIDDHARTH BREJA
9
   BRIAN L. JOHNSRUD, SBN 184474
10 PATRICK M. SHERMAN, SBN 229959
   DANIEL E. LASSEN, SBN 271446
11 CURLEY, HURTGEN & JOHNSRUD LLP
   4400 Bohannon Drive, Suite 230
12 Menlo Park, CA 94025
   Telephone:  650.600.5300
13 Facsimile:   650.323.1002
   E-mail:  bjohnsrud@chjllp.com
14          psherman@chjllp.com
            dlassen@chjllp.com
15
   Attorneys for Defendant
16 JUUL LABS, INC.

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20 | SIDDHARTH BREJA, an individual, | Case No. 3:19-cv-07148-WHO |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT RE STATUS OF ARBITRATION** |
| v. | |
| JUUL LABS, INC., a Delaware Corporation, | **Next Joint Status Report: September 3, 2021** |
| Defendant. | |

Pursuant to the Court's Order at Docket Entry No. 25, Plaintiff Siddharth Breja ("Plaintiff") and Defendant Juul Labs, Inc. ("Defendant" or "JLI") (collectively, the "Parties"), through their undersigned counsel, hereby submit the following joint report on the status of arbitration.

The Parties jointly report that on June 18, 2020, Plaintiff filed a Demand for Arbitration with JAMS asserting claims against Defendant and Altria Group, Inc. ("Altria"). On July 8, 2020, JLI filed its Response to Plaintiff's Demand for Arbitration. On August 13, 2020, JAMS appointed the Honorable Patrick J. Mahoney (Ret.) to oversee the arbitration of Plaintiff's claims against JLI. The Parties are currently in the process of exchanging documents and information.

Pursuant to the Court's Order at Docket Entry No. 25, the Parties will submit another status report in six months and will file a notice within two weeks of the completion of arbitration.

Dated: March 3, 2021  SANFORD HEISLER SHARP, LLP

By /s/ Edward D. Chapin
　　EDWARD D. CHAPIN
　　NICOLE E. WIITALA
　　Attorneys for Plaintiff
　　SIDDHARTH BREJA

Dated: March 3, 2021  CURLEY, HURTGEN & JOHNSRUD LLP

By /s/ Brian L. Johnsrud
　　BRIAN L. JOHNSRUD
　　Attorneys for Defendant
　　JUUL LABS, INC.