1 | EDWARD D. CHAPIN, SBN 53287
SANFORD HEISLER SHARP, LLP
2 | 655 West Broadway, Suite 1700
San Diego, CA 92101
3 | Telephone: 619-577-4253
Email: echapin@sanfordheisler.com
4 |
NICOLE E. WIITALA (admitted *pro hac vice*)
5 | SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
6 | New York, NY 10019
Telephone: 646-402-5650
7 | Email: nwiitala@sanfordheisler.com

8 | Attorneys for Plaintiff
SIDDHARTH BREJA
9 |
BRIAN L. JOHNSRUD, SBN 184474
10 | PATRICK M. SHERMAN, SBN 229959
DANIEL E. LASSEN, SBN 271446
11 | CURLEY, HURTGEN & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
12 | Menlo Park, CA 94025
Telephone: 650.600.5300
13 | Facsimile: 650.323.1002
E-mail: bjohnsrud@chjllp.com
14 |         psherman@chjllp.com
          dlassen@chjllp.com
15 |
Attorneys for Defendant
16 | JUUL LABS, INC.

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH BREJA, an individual, | Case No. 3:19-cv-07148-WHO |
| Plaintiff, | **JOINT STATUS REPORT RE STATUS OF ARBITRATION** |
| v. | **Next Joint Status Report: September 6, 2022** |
| JUUL LABS, INC., a Delaware Corporation, | |
| Defendant. | |

Pursuant to the Court's Order at Docket Entry No. 25, Plaintiff Siddharth Breja ("Plaintiff") and Defendant Juul Labs, Inc. ("Defendant" or "JLI") (collectively, the "Parties"), through their undersigned counsel, hereby submit the following joint report on the status of arbitration.

The Parties jointly report that on June 18, 2020, Plaintiff filed a Demand for Arbitration with JAMS asserting claims against Defendant and Altria Group, Inc. On July 8, 2020, JLI filed its Response to Plaintiff's Demand for Arbitration. On August 13, 2020, JAMS appointed the Honorable Patrick J. Mahoney (Ret.) to oversee the arbitration of Plaintiff's claims against JLI. On October 16, 2020, Plaintiff filed an Amended Demand for Arbitration with JAMS asserting claims against Defendant. On November 16, 2020, JLI filed its Response to Plaintiff's Amended Demand for Arbitration. The Parties are currently in the process of exchanging documents and information, have made significant electronic productions, and have participated in three hearings with Judge Mahoney on various discovery disputes. The Parties anticipate that depositions will begin once document production is more or less complete, likely in the second quarter of 2022.

Pursuant to the Court's Order at Docket Entry No. 25, the Parties will submit another status report in six months and will file a notice within two weeks of the completion of arbitration.

Dated: March 1, 2022                    SANFORD HEISLER SHARP, LLP

                                        By /s/ Nicole E. Wiitala
                                           EDWARD D. CHAPIN
                                           NICOLE E. WIITALA
                                           Attorneys for Plaintiff
                                           SIDDHARTH BREJA

Dated: March 1, 2022                    CURLEY, HURTGEN & JOHNSRUD LLP

                                        By /s/ Brian L. Johnsrud
                                           BRIAN L. JOHNSRUD
                                           Attorneys for Defendant
                                           JUUL LABS, INC.

## ATTESTATION OF E-FILED SIGNATURE

Pursuant to L.R. 5-1(i)(3), I, Brian Johnsrud, attest that the above signatories have read and approved the foregoing and consent to its filing in this action.

Dated: March 1, 2022         By: /s/ Brian L. Johnsrud_____
                                  Brian L. Johnsrud