Danielle Fuschetti (SBN 294064)
**SANFORD HEISLER SHARP, LLP**
300 Hamilton Avenue
Palo Alto, CA 94304
Telephone: 650 547 5990
Email: dfuschetti@sanfordheisler.com

Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: 646 402 5650
Fax: 646 402 5651
Email: nwiitala@sanfordheisler.com

Attorneys for Plaintiff
SIDDHARTH BREJA

Brian L. Johnsrud (SBN 184474)
Patrick Sherman (SBN 229959)
Daniel E. Lassen (SBN 271446)
**DUANE MORRIS LLP**
260 Hanover Avenue, Suite 202
Palo Alto, CA 94301-2227
Telephone: 650 847 4150
Fax: 650 847 4151
E-mail: bjohnsrud@duanemorris.com
       psherman@duanemorris.com
       delassen@duanemorris.com

Attorneys for Defendant
JUUL LABS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH BREJA, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>JUUL LABS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No.: 3:19-CV-07148-WHO<br><br>**JOINT STATUS REPORT RE STATUS OF ARBITRATION** |

Pursuant to the Court's Order at Docket Entry No. 25, Plaintiff Siddharth Breja ("Mr. Breja") and Defendant Juul Labs, Inc. ("Defendant" or "JLI") (collectively, the "Parties"), through their undersigned counsel, hereby submit the following joint report on the status of arbitration.

On June 29, 2023, the Arbitrator entered a Final Award holding that each of the claims advanced by Mr. Breja fail and that JLI was entitled to recover certain costs from Mr. Breja. On July 11, 2023, Mr. Breja requested reconsideration of the Final Award specifically related to the award of costs and, on July 17, 2023, the Arbitrator denied Mr. Breja's request for reconsideration.

The parties hereby request that, once Mr. Breja has satisfied his obligations under the Final Award, the case be dismissed with prejudice. Counsel for JLI will notify the Court within 7 days of such satisfaction.

Dated: July 27, 2023                    **SANFORD HEISLER SHARP LLP**

                                                                             By: /s/ Nicole E. Wiitala
                                                                                   NICOLE E. WIITALA
                                                                                   Attorneys for Plaintiff
                                                                                   SIDDHARTH BREJA

Dated: July 27, 2023                    **DUANE MORRIS LLP**

                                                                             By: /s/ Brian L. Johnsrud
                                                                                   BRIAN L. JOHNSRUD
                                                                                   Attorneys for Defendant
                                                                                   JUUL LABS, INC.

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to L.R. 5-1(i)(3), I, Brian Johnsrud, attest that the above signatories have read and approved the foregoing and consent to its filing in this action.

Dated: July 27, 2023            **DUANE MORRIS** LLP

By: /s/ Brian L. Johnsrud
     BRIAN L. JOHNSRUD
     Attorneys for Defendant
     JUUL LABS, INC.