Brian L. Johnsrud (SBN 184474)
Patrick Sherman (SBN 229959)
Daniel E. Lassen (SBN 271446)
**DUANE MORRIS LLP**
260 Homer Avenue, Suite 202
Palo Alto, CA  94301-2777
Telephone:  650 847 4150
Fax:  650 847 4151
E-mail:bjohnsrud@duanemorris.com
         psherman@duanemorris.com
         delassen@duanemorris.com

Attorneys for Defendant
JUUL LABS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH BREJA, an individual, | Case No.: 3:19-CV-07148-WHO |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| JUUL LABS, INC., a Delaware Corporation, | |
| Defendant. | |

**TO ALL PARTIES AND COUNSEL:**

This matter having come before the Court on Plaintiff Siddharth Breja ("Mr. Breja") and Defendant Juul Labs, Inc.'s ("JLI") (collectively, the "Parties") Joint Status Report and the Request for Dismissal With Prejudice (ECF Nos. 33 and 34), the Court hereby GRANTS the Parties' request to dismiss the case with prejudice as follows:

1.   The Parties informed the Court that the Arbitrator has entered a Final Award holding that each of the claims advanced by Mr. Breja fail and that JLI was entitled to recover certain costs from Mr. Breja. The Parties further informed the Court that on July 11, 2023, Mr. Breja requested reconsideration of the Final Award specifically related to the award of costs and, on July 17, 2023, the Arbitrator denied Mr. Breja's request for reconsideration.

2.   The Parties requested in their Joint Status Report that the case be dismissed with prejudice once Mr. Breja had satisfied his obligations under the Final Award and JLI had informed the Court of such satisfaction.

3.   On August 8, 2023, JLI informed the Court that Mr. Beja has satisfied such obligations.

4.   Pursuant to the Parties' agreement, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  August 9 , 2023

_____
United States District Judge